SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson<br><br>            Plaintiff,<br><br>   vs.<br><br>Dority, et al<br><br>            Defendants | Case No. **12-cv-00323-LKK-DAD**<br><br>**ORDER RE: REQUEST TO SET ASIDE ENTRY OF DEFAULT** |

**ORDER**

   IT IS HEREBY ORDERED THAT the Entry of Default filed April 6, 2012 against Defendants, Dennis Paul Dority, Michelle Dawn Morgan and CRC, LLC be and is hereby set aside.

Date:  May 16, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT